**Order filed, November 6, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00874-CR
_____

**MIGUEL ANGEL SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1315362**

## ORDER

The reporter's record in this case was due October 29, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 208th District Court to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM